IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ELNA HOFFMAN, KIMBERLY MAXWELL
and PATRICIA DUNN,                            :

           Plaintiffs,                         :

        vs.                                 :     Case No. 3:97cv248

HONDA OF AMERICA, MFG., INC.,                 :     JUDGE WALTER HERBERT RICE

          Defendant.

---

DEBBIE SCHANER,                               :

           Plaintiff,                          :

        vs.                                 :     Case No. 3:99mc32

HONDA OF AMERICA, MFG., INC.,                 :     JUDGE WALTER HERBERT RICE

          Defendant.                          :

---

SHARON CURTIS ST. CLAIR,                      :

           Plaintiff,                          :

        vs.                                 :     Case No. 3:99cv352

HONDA OF AMERICA, MFG., INC.,                 :     JUDGE WALTER HERBERT RICE

          Defendant.                          :

---

BARBARA J TRUPP,　　　　　　　　:

　　　　　Plaintiff,　　　　　　　:

　　　vs.　　　　　　　　　　　　:　　Case No. 3:99cv63

HONDA OF AMERICA, MFG., INC.,　:　　JUDGE WALTER HERBERT RICE

　　　　　Defendant.　　　　　　　:

---

SHIRLEY ELLIOTT,　　　　　　　　:

　　　　　Plaintiff,　　　　　　　:

　　　vs.　　　　　　　　　　　　:　　Case No. 3:99cv335

HONDA OF AMERICA, MFG., INC.,　:　　JUDGE WALTER HERBERT RICE

　　　　　Defendant.　　　　　　　:

---

### ENTRY DISMISSING CAPTIONED CAUSES FOR WANT OF PROSECUTION; TERMINATION ENTRY

---

Pursuant to the status report of Honda of America Mfg., Inc. (Doc. #261), and that of Plaintiffs' former counsel (Doc. #262), Plaintiffs were advised by their counsel, some six years ago, that they would have to pursue the case "on their own," and, none of them having done so, the captioned causes are ordered dismissed for want of prosecution.

The captioned causes are ordered terminated upon the docket records of the

-2-

United States District Court for the Southern District of Ohio, Western Division, at

Dayton.

August 16, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Claimants
Robert Steinberg, Esq.
James A. Wilson, Esq.
Mary E. Fairfield, Esq.

-3-